| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| | JULIA B. STRICKLAND (State Bar No. 083013) |
| 2 | LISA M. SIMONETTI (State Bar No. 165996) |
| | KRISTINA DEL VECCHIO (State Bar No. 283782) |
| 3 | ARJUN P. RAO (State Bar No. 265347) |
| | 2029 Century Park East |
| 4 | Los Angeles, CA 90067-3086 |
| | Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959 |
| | Email: lacalendar@stroock.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | HSBC FINANCE CORPORATION, HSBC CARD |
| | SERVICES INC. and HSBC TECHNOLOGY & |
| 8 | SERVICES (USA) INC. |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING, | Case No. 3:13-cv-01821-BEN-BLM |
| Plaintiff, | [Assigned to the Hon. Roger T. Benitez] |
| vs. | **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |
| HSBC FINANCE CORPORATION, HSBC CARD & RETAIL SERVICES INC. a/k/a HSBC CARD SERVICES, INC., HSBC TECHNOLOGY & SERVICES (USA) INC., and CAPITAL ONE FINANCIAL CORPORATION, DOES 1-100, ABC CORPORATIONS 1-100, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Anton A. Ewing and defendants HSBC Finance Corporation, HSBC Card Services Inc. and HSBC Technology and Services (USA) Inc. ("Defendants") respectfully move this Court for an order dismissing Defendants from the above-captioned action with prejudice. Each party shall bear its/his own costs and attorneys' fees. It is agreed that this dismissal does not constitute an adverse judgment against any party hereto.

Dated: December 3, 2013

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
KRISTINA A. DEL VECCHIO
ARJUN P. RAO

By: ____*/s/ Arjun P. Rao*____
       Arjun P. Rao

Attorneys for Defendants
   HSBC FINANCE CORPORATION,
   HSBC CARD SERVICES INC. and
   HSBC TECHNOLOGY & SERVICES
   (USA) INC.

Dated: December __, 2013

By:_____
      Anton A. Ewing
      Plaintiff in pro per

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Anton A. Ewing and defendants HSBC Finance Corporation, HSBC Card Services Inc. and HSBC Technology and Services (USA) Inc. ("Defendants") respectfully move this Court for an order dismissing Defendants from the above-captioned action with prejudice. Each party shall bear its/his own costs and attorneys' fees. It is agreed that this dismissal does not constitute an adverse judgment against any party hereto.

Dated: December __, 2013

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
LISA M. SIMONETTI
KRISTINA A. DEL VECCHIO
ARJUN P. RAO

By: _____/s/_____
Arjun P. Rao

Attorneys for Defendants
HSBC FINANCE CORPORATION,
HSBC CARD SERVICES INC. and
HSBC TECHNOLOGY & SERVICES
(USA) INC.

Dated: December 3, 2013

By: _____
Anton A. Ewing
Plaintiff in pro per

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that, on December 3, 2013, copies of the foregoing **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:     */s/ Arjun P. Rao*
           Arjun P. Rao

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51703064

JOINT MOTION TO DISMISS ACTION
Case No. 3:13-cv-01821-BEN-BLM